# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **DEBRA JORDAN, as Natural Parent and Next Friend of T.S.,** : | |
| Plaintiff, : | |
| v. : | Civil Action No. 5:06-cv-214 (HL) |
| **NASON BLACKWELL, individually, and in his Official Capacity as Deputy Sheriff of Upson County, Georgia,** : | |
| Defendant. : | |

## ORDER

This matter is before the Court on limited remand from the United States Court of Appeals for the Eleventh Circuit for the purpose of having this Court review the parties' settlement agreement (Doc. 71). The parties have filed a consent Motion to Approve Settlement and Dismiss with Prejudice (Doc. 68). The Court has reviewed the terms of the settlement entered into by the parties and approved by the Probate Court, as set forth under seal at Documents 73 and 76, and finds that the settlement is in the best interest of the minor Plaintiff and that the minor's interests are protected by the terms of the settlement. Accordingly, the Court hereby grants the Motion, in part, and approves the settlement agreement. However, the Court is not at liberty to dismiss the case, as is also requested in the Motion, because the matter is before the Court for the sole, limited purpose of approving the settlement. Any further

action as to this matter must, therefore, be taken by the Eleventh Circuit. Accordingly, the Clerk is directed to transmit a copy of this Order to the Eleventh Circuit upon docketing.

**SO ORDERED**, this the 12th day of February, 2009.

<em>s/   Hugh Lawson</em><br>
<strong>HUGH LAWSON, JUDGE</strong>

mls